Manhattan And Brooklyn U.S. Attorneys Announce Guilty Plea In Manhattan Federal Court Of Colombian Narcotics Kingpin To Massive Cocaine Conspiracy | US...

EXHIBIT A

United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE
# SOUTHERN DISTRICT of NEW YORK

U.S. Attorneys » Southern District of New York » News » Press Releases

**Department of Justice**

U.S. Attorney's Office

Southern District of New York

FOR IMMEDIATE RELEASE                                  Thursday, November 20, 2014

## Manhattan And Brooklyn U.S. Attorneys Announce Guilty Plea In Manhattan Federal Court Of Colombian Narcotics Kingpin To Massive Cocaine Conspiracy

"Loco Barrera" Worked With Two Colombian Terrorist Organizations To Manufacture And Distribute Hundreds Of Tons Of Cocaine Per Year, And Laundered Tens Of Millions Of Dollars In Drug Proceeds

Preet Bharara, the United States Attorney for the Southern District of New York ("SDNY"), and Loretta E. Lynch, the United States Attorney for the Eastern District of New York ("EDNY"), announced that DANIEL BARRERA BARRERA, also known as "Loco Barrera," a citizen of Colombia, pled guilty today in the Southern District of New York before U.S. Magistrate Judge Ronald L. Ellis to conspiring to distribute and manufacture cocaine knowing that it would be imported into the United States. For decades, BARRERA manufactured hundreds of tons of cocaine annually in Colombia and trafficked it to various parts of the world, including the U.S., and laundered tens of millions of dollars in proceeds from that narcotics trafficking activity. BARRERA was previously extradited from Colombia to the United States on July 9, 2013.

In March 2010, the U.S. Department of the Treasury's Office of Foreign Assets Control designated BARRERA as a "Special Designated Narcotics Trafficker," pursuant to the Foreign Narcotics Kingpin Designation Act. BARRERA was arrested in Venezuela on September 18, 2012. Thereafter, he was sent to Colombia, from where the U.S. sought and obtained BARRERA's extradition. The extradition and guilty plea of BARRERA is the result of an ongoing Organized Crime Drug Enforcement Task Forces ("OCDETF") investigation led by the Drug Enforcement Administration ("DEA") and Homeland Security Investigations ("HSI"). The principal mission of the OCDETF program is to identify, disrupt, and dismantle the most serious drug trafficking, weapons trafficking, and money laundering organizations, and those

primarily responsible for the nation's illegal drug supply.  EXHIBIT B

U.S. Attorney Preet Bharara said: "Daniel Barrera Barrera operated at the interface of two Colombian terrorist organizations that were sworn enemies of each other but each of which benefitted from Barrera's patronage. As he has now admitted in our courthouse, Barrera bought cocaine paste from the FARC and, under the protection of the AUC, turned it into hundreds of tons of hugely profitable product annually, some of which he knew was intended for distribution in the U.S. A drug kingpin who enriched two terrorist organizations and himself by producing and peddling poison now stands to lose his wealth, his empire, and his liberty."

U.S. Attorney Loretta E. Lynch said: "Daniel 'Loco' Barrera Barrera's reign as one of the world's most prolific narcotics traffickers has come to an end. Barrera's illegal empire, funded by millions of dollars of illicit proceeds and backed by some of the most lethal drug cartels and terrorist groups in the world, wreaked havoc in Colombia and around the world for decades. The amount of destruction Barrera wrought upon the world, all in pursuit of staggering profits, is truly incalculable. This plea demonstrates our government's commitment to bringing all narcotics traffickers to justice, no matter how rich, powerful, ruthless and violent they may be."

As alleged in the Superseding Indictment filed in the Southern District of New York (S1 07 Cr. 862 (AKH)), the Superseding Indictment filed in the Eastern District of New York (S2 10 Cr. 288 (ILG)), statements made at today's guilty plea and other court proceedings, and other information in the public record:

From 1998 until 2010, BARRERA ran a cocaine manufacturing and trafficking syndicate out of Colombia. BARRERA purchased the raw cocaine base or paste from the designated terrorist group Fuerzas Armadas Revolucionarias de Colombia (Revolutionary Armed Forces of Colombia, or the "FARC"). The FARC, which has been and is dedicated to the violent overthrow of the democratically elected Government of Colombia, has been the world's largest supplier of cocaine and has engaged in bombings, massacres, kidnappings, and other acts of violence within Colombia.

After purchasing the raw cocaine base from the FARC, BARRERA converted the raw cocaine into powder at laboratories he owned and operated in an area of Colombia controlled by the since demobilized terrorist group, Autodefensas Unidas de Colombia (the "AUC"). For years, the AUC's main political objective was to defeat the FARC in armed conflict, and it financed its terrorist activities through the proceeds of cocaine trafficking in AUC-controlled regions of Colombia. At the time of BARRERA's criminal conduct, the FARC and the AUC were both designated by the U.S. Department of State as Foreign Terrorist Organizations.

After processing the cocaine powder in his laboratories, BARRERA arranged for the shipment and transportation of the cocaine powder to locations on four continents, including the United States. Although BARRERA purchased raw materials for cocaine production from the FARC, he was able to maintain his network of cocaine-processing laboratories in AUC-controlled territory, in part by paying monthly "taxes" to the AUC. The fees BARRERA paid to the AUC also allowed him to safely move the processed cocaine through and out of Colombia.

Each month, BARRERA processed approximately 30,000 kilograms of raw cocaine base into about the same amount of cocaine powder, resulting in approximately 400 tons of cocaine annually. In total, BARRERA reaped tens of millions of dollars of profits from cocaine trafficking, which he laundered through illicit means.

Earlier today, BARRERA, 47, pled guilty in the Southern District of New York to one count of conspiring to distribute and manufacture cocaine knowing it would be unlawfully imported into the U.S. On that count, BARRERA faces a maximum sentence of life in prison and a mandatory minimum sentence of 10 years in prison. BARRERA is scheduled to be sentenced by U.S. District Judge Alvin K. Hellerstein on February 27, 2015.

On October 9, 2014, BARRERA pleaded guilty in the Eastern District of New York to one count of conspiring to launder money. On that count, BARRERA faces a maximum sentence of 20 years in prison. BARRERA is scheduled to be sentenced by U.S. District Judge I. Leo Glasser on January 22, 2015.

BARRERA is also charged in the Southern District of Florida with one count of conspiring to import cocaine into the U.S.

and one count of conspiring to manufacture and distribute cocaine knowing that it would be unlawfully imported into the U.S. On those counts, BARRERA faces a maximum sentence of life in prison and a mandatory minimum sentence of 10 years in prison. Following his prosecutions in the Southern and Eastern Districts of New York, BARRERA will be presented and arraigned in the Southern District of Florida. The charge and allegations contained in the Southern District of Florida Indictment are merely accusations and the defendant is presumed innocent of that charge unless and until proven guilty.

The maximum potential sentences are prescribed by Congress and are provided here for informational purposes only, as any sentencing of the defendant will be determined by the judge.

Mr. Bharara and Ms. Lynch praised the outstanding work of the OCDETF, working in cooperation with HSI New York's El Dorado Task Force, the DEA's Bogota Country Office, the DEA's Caracas Country Office, the DEA's Miami Field Division, the DEA's New York Drug Enforcement Task Force – which comprises agents and officers of the DEA, the New York City Police Department, and the New York State Police – as well as HSI Bogota. Mr. Bharara and Ms. Lynch also thanked the Colombian National Police, the U.S. Marshals Service, and the U.S. Department of Justice's Office of International Affairs for their ongoing assistance.

The Southern District of New York case is being handled by that office's Terrorism and International Narcotics Unit. Assistant United States Attorneys Jenna Dabbs, Benjamin Naftalis, and Andrea Surratt are in charge of the prosecution. The Eastern District of New York case is being handled by that office's International Narcotics and Money Laundering Section. Assistant United States Attorneys Justin Lerer, Soumya Dayananda, and Amir Toossi are in charge of the prosecution.

14-340

USAO - New York, Southern

Updated May 15, 2015



**Prescription Drug Abuse**
**Public Service Annoucements**
Manhattan | Rockland





EXHIBIT D

En Español | Press Center | Blog | Contact Us

**U.S. DEPARTMENT OF THE TREASURY**

Search

Advanced Search

| Home | Treasury For... | About | Resource Center | Services | Initiatives | Careers | Connect with Us |

- Press Releases
- Daily Guidance
- Media Schedule and Advisories
- News
- Photos
- Video, Audio, and Webcasts
- Press Contacts

# Press Center

Home » Press Center » Press Releases » Treasury Targets Financial Network of Colombian Drug Lords Allied with the FARC

## Treasury Targets Financial Network of Colombian Drug Lords Allied with the FARC

12/14/2010

**WASHINGTON** – The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) today designated 20 individuals and 25 entities as Specially Designated Narcotics Traffickers (SDNTs) pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act). OFAC designated these individuals and entities because of their ties to previously-designated SDNTs Daniel Barrera Barrera and Pedro Oliveiro Guerrero Castillo, who are among the most wanted drug traffickers in Colombia today. As a result of today's action, U.S. persons are prohibited from conducting financial or commercial transactions with these entities and individuals and any assets the designees may have under U.S. jurisdiction are frozen.

OFAC designated drug trafficking partners Daniel Barrera Barrera (a.k.a. "El Loco Barrera") and Pedro Oliveiro Guerrero Castillo (a.k.a. "Cuchillo") as SDNTs pursuant to the Kingpin Act in March 2010. At the time OFAC also designated 29 individuals and 47 entities associated with the traffickers. Daniel Barrera Barrera and Pedro Oliveiro Guerrero Castillo maintain a partnership with the FARC (*Fuerzas Armadas Revolucionarias de Colombia*), a narco-terrorist organization identified by the President as a kingpin pursuant to the Kingpin Act in 2003. Barrera Barrera also faces narcotics-related criminal charges in the U.S. District Courts for the Southern and Eastern Districts of New York.

"Today's action strikes again at the criminal drug trafficking organizations led by el Loco Barrera and Cuchillo and their alliance with the FARC," said OFAC Director Adam J. Szubin.

Among the individuals designated today are Colombian nationals and key drug trafficking facilitators for Barrera Barrera, **German Gonzalo Sanchez Rey** (a.k.a. "Coleta"), **Rutdy Alirio Zarate Moreno** (a.k.a. "Runcho"), and **Carlos Fernando Serralde Plaza**. Sanchez Rey was captured by Colombian authorities in May 2010 and awaits extradition to Spain on drug trafficking charges. He controls the *Parador Turistico y Hotel Galeron Llanero*, a hotel in San Martin, Meta, Colombia. Zarate Moreno works closely with Sanchez Rey and owns *Importaciones y Exportaciones Zafiro S.L.*, a precious stone company in Madrid, Spain. Both businesses were targeted for sanctions today. Serralde Plaza was captured by Colombian authorities in September 2010 and awaits extradition to the United States for drug trafficking and money laundering charges in the U.S. District Court for the Southern District of New York. Serralde Plaza controls *Osermaca C.A.*, a Venezuelan construction company that was also designated by OFAC.

Also designated today were **Danit Dario Doria Castillo** and **Deysi Yamile Molano Torres**, the suspected nephew and girlfriend of Guerrero Castillo, respectively. Both are members of ERPAC (*Ejercito Revolucionario Popular Antiterrorista de Colombia*), an armed group that operates in eastern Colombia to protect coca crops and drug trafficking routes that was designated by Treasury in March 2010 for being owned or controlled by Guerrero Castillo. Doria Castillo was captured by Colombian authorities in April 2010 and remains in custody. Molano Torres was captured by Colombian authorities in November 2008 but escaped from house arrest in March 2010.

The businesses designated today include *T Plus S.A.S.*, a Bogota textile company, *Mojete Parrilla*, a Bogota restaurant, and *7 Karnes*, a Bogota meat distributor. These businesses were created to replace entities that were put out of business as a result of sanctions applied to Barrera Barrera's organization in March 2010. In addition, *Ladrillera El Porvenir Ltda.*, a supplier of construction materials located in San Jose del Guaviare, Colombia, was designated today for being owned and controlled by Oscar de Jesus Lopez Cadavid and Nebio de Jesus Echeverry Cadavid. Lopez Cadavid and Echeverry Cadavid, both ex-governors of the Colombian department of Guaviare, were designated by Treasury in March 2010 because of their ties to Guerrero Castillo.

OFAC worked closely with the Drug Enforcement Administration on this investigation. Today's action is part of ongoing efforts pursuant to the Kingpin Act to apply financial measures against significant foreign narcotics traffickers worldwide. Internationally, more than 800 businesses linked to 87 drug kingpins have been designated pursuant to the Kingpin Act since June 2000. Penalties for violations of the Kingpin Act range from civil penalties of up to $1.075 million per violation to more severe criminal penalties. Criminal penalties for corporate officers may include up to 30 years in prison and fines up to $5 million. Criminal fines for corporations may reach $10 million. Other individuals face up to 10 years in prison and fines pursuant to Title 18 of the United States Code for criminal violations of the Kingpin Act.

Barrera Barrera & Guerrero Castillo Organizations Chart

# BARRERA BARRERA & GUERRERO CASTILLO Organizations
### December 2010

**EXHIBIT E**

**U.S. Department of the Treasury**
**Office of Foreign Assets Control**
Foreign Narcotics Kingpin Designation Act ("Kingpin Act")



Daniel
**BARRERA BARRERA**
(a.k.a. "El Loco Barrera")
DOB 06 Nov 1968; 15 Sep 1967
Cedula No. 18221599 (Colombia)


Colombia's Most Wanted Drug Traffickers List

Designated in March 2010; Drug Trafficking Partners with the FARC


**FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA** (a.k.a. FARC)



Pedro Oliveiro
**GUERRERO CASTILLO**
(a.k.a. "Cuchillo")
DOB 28 Feb 1970
Cedula No. 173554451 (Colombia)

**ERPAC Members**

EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA (a.k.a. ERPAC)

Illegal armed group led by GUERRERO CASTILLO operating in eastern Colombia; categorized by Colombian authorities as a BACRIM - "Banda Criminal"


Danilo Dario
**DORIA CASTILLO**
DOB 12 Jan 1971; Alt. DOB 01 Dec 1971
Cedula No. 80488598 (Colombia)


Deysi Yamile
**MOLANO TORRES**
DOB 23 Aug 1986
Cedula No. 1123530588 (Colombia)

## BARRERA BARRERA's Drug Trafficking Facilitators


German Gonzalo
**SANCHEZ REY**
(a.k.a. "Coleta")
DOB 22 Feb 1973
Cedula No. 79625841 (Colombia)
(In Colombian Custody)


Carlos Fernando
**SERRALDE PLAZA**
(a.k.a. "Runcho")
DOB 19 Mar 1968
Cedula No. 19134433 (Colombia)
Cedula No. 83406533 (Venezuela)
(In Colombian Custody)


Rudy Alirio
**ZARATE MORENO**
DOB 08 Nov 1950
Cedula No. 80306114 (Colombia)


Blanca Lucy
**REY REY**
DOB 01 Jul 1953
Cedula No. 41616052 (Colombia)


Alberto de Set
**SANCHEZ REY**
DOB 01 Jan 1972
Cedula No. 79568901 (Colombia)


Carlos Hernan
**SERRALDE RODRIGUEZ**
DOB 08 Oct 1975
Cedula No. 79689496 (Colombia)


Benedicto
**ROMERO BARRERA**
DOB 06 Jan 1964
Cedula No. 1015491 (Colombia)


Hernando
**SANCHEZ REY**
DOB 8 Jul 1974
Cedula No. 79626433 (Colombia)


Lina Maria
**BERNAL BERNAL**
DOB 01 Jul 1984
Cedula No. 52818850 (Colombia)


Martha Ines
**RODRIGUEZ ROMERO**
DOB 18 May 1953
Cedula No. 41590271 (Colombia)


Nohora
**GALEANO HERRERO**
DOB 17 Sep 1968
Cedula No. 51918595 (Colombia)


Saul
**GALEANO JEREZ**
DOB 26 Oct 1940
Cedula No. 5785990 (Colombia)


Miguel de los Santos
**PENA TORRES**
DOB 07 Jul 1941
Cedula No. 5549825 (Colombia)


Alejandro
**HERRENO BARRERA**
DOB 13 May 1977
Cedula No. 79852514 (Colombia)


Carlos Arturo
**ISAZA ALVAREZ**
DOB 15 Aug 1947
Cedula No. 8281272 (Colombia)


Fernando Alberto
**GALINDO MARTINEZ**
DOB 09 Apr 1971
Cedula No. 79574058 (Colombia)


Adolfo Leon
**GOMEZ RUA**
DOB 28 Apr 1964
Cedula No. 98487118 (Colombia)


Alicia
**MARTINEZ**
DOB 26 Mar 1948
Cedula No. 41386662 (Colombia)

## Entities Linked to BARRERA BARRERA and/or GUERRERO CASTILLO


SERVICIOS TURISTICOS EL GALERON LLANERO LTDA.
(a.k.a. PARADOR TURISTICO Y HOTEL GALERON LLANERO)
San Martin, Meta, Colombia
NIT # 900025014-6


OBRAS, SERVICIOS Y MANTENIMIENTOS C.A.
(a.k.a. OSERNACA)
Ciudad Ojeda, Zulia, Venezuela
RIF # J-31136071-9


ASOCIACION COLOMBIANA DE CRIADORES DE GANADO LIMOUSIN
(a.k.a. ASOLIMOUSIN)
Bogota, Colombia
NIT # 800099351-8


AGROPECUARIA SERIO S.A.S.
(a.k.a. AGROSERIO)
Bogota, Colombia
NIT # 890935433-8


(a.k.a. FUSION PIZZA, RICA'S PIZZA)
Bogota, Colombia
Matricula Mercantil 1323961


FERTILIZANTES LIQUIDOS DE LA SABANA LTDA.
(a.k.a. FARTILISA)
Bogota, Colombia
NIT # 860536101-7


ONLYTEX S.A.
Sabaneta, Antioquia, Colombia
NIT # 811029489-6


COMERCIALIZADORA AUTOMOTORA MATECANA LTDA.
Pereira, Colombia
NIT # 816002220-3


INVERSIONES BUENOS AIRES LTDA.
(a.k.a. HOTEL CABANAS EL OTUN)
Pereira, Colombia
NIT # 800002386-9


INVERSIONES Y DISTRIBUCIONES COLOMBIANAS EL OASIS LTDA.
(a.k.a. ALMACEN EL OASIS; a.k.a. INDISCOL LTDA.)
Villavicencio, Colombia
NIT # 822039023-0


AGROFUTURO
R.H. Y CIA. S.C.S.
Medellin, Colombia
NIT # 811039023-0


COLOMBIAN GREEN STONE CORPORATION LTDA.
Bogota, Colombia
NIT # 830112015-2


LADRILLERA EL PORVENIR LTDA.
San Jose del Guaviare, Colombia
NIT # 900054472-1


SUCESORES DE HERNANDO SANCHEZ Y S.C.S.
Bogota, Colombia
NIT # 860071634-3


IMPORTACIONES Y EXPORTACIONES ZAFIRO S.L.
Madrid, Spain
C.I.F. B83065458


MELRUX RICA'S PIZZA
Bogota, Colombia
Matricula Mercantil No 1158291


ADN CONSULTORES LTDA.
Bogota, Colombia
Matricula Mercantil No 1978075


7 KARNES
Bogota, Colombia
Matricula Mercantil No 1980500


MOJETE PARRILLA
Bogota, Colombia


T PLUS S.A.S.
Cota, Cundinamarca, Colombia
NIT # 900343535-5


DIGITAL COMMUNICATIONS SERVICE LTDA.
Bello, Antioquia, Colombia
NIT # 900020090-3


DOLAUTOS VEHICULOS E INMUEBLES Y CIA. LTDA.
(a.k.a. TALLER RAMIAUTOS; a.k.a. RAMIAUTOS L.P.)
Medellin, Colombia
NIT # 800245660-1


CIA. AGROINDUSTRIAL PALMERA S.A.
(a.k.a. AGROINDUPALMA S.A.)
Villavicencio, Colombia
NIT # 900197835-3

COMERCIALIZADORA EL PROVEEDOR LTDA.
Villavicencio, Colombia
NIT # 860524177-4

INVERSIONES MINERAS H.D.
EMPRESA UNIPERSONAL
Caucasia, Antioquia, Colombia
NIT # 811008231-3

Red text indicates previously-identified Kingpin Act designees



EXHIBIT F

Home » News » Press Release



**Current Site**
Department of Justice
└── U.S. Attorneys
   └── Eastern District of New York

# Ten Alleged Members of a Colombian Drug Trafficking Organization Charged with Distributing over 25,000 Kilograms of Cocaine

FOR IMMEDIATE RELEASE                                        June 07, 2011

*Designated Drug "Kingpin" Javier Antonio Calle Serna Charged With Murder*

An indictment was unsealed yesterday in federal court in Brooklyn charging 10 leading members of "Los Rastrojos," a paramilitary organization that employed hundreds of individuals and controlled the drug trade along the Pacific coast of Colombia, with the international distribution of more than 25,000 kilograms of cocaine and money laundering.[1] In addition, the organization's principal leader, Javier Antonio Calle Serna, also known as "Comba," was charged with operating a continuing criminal enterprise and with murder. The indictment also seeks the criminal forfeiture of up to $1 billion in assets.

**Archives**
Department of Justice
└── U.S. Attorneys
   └── Eastern District of New York

The indictment was announced by Loretta E. Lynch, United States Attorney for the Eastern District of New York, and John P. Gilbride, Special Agent-in-Charge, Drug Enforcement Administration, New York Field Division.

As detailed in the indictment, beginning in approximately 2004, Los Rastrojos, in partnership with Mexican drug cartels, exported multi-ton shipments of cocaine from Colombia to the United States, via Mexico, Venezuela, and other countries in South and Central America. In addition to exporting their own shipments, Los Rastrojos also charged other Colombian narcotics trafficking organizations a "tax" on shipments of narcotics traveling through territory and coastal areas under Los Rastrojos' control.

On June 1, 2011, President Obama designated defendant Calle Serna a Significant Foreign Narcotics Trafficker under the Foreign Narcotics Kingpin Designation Act (the "Kingpin Act"), implemented by the Treasury Department's Office of Foreign Assets Control. This designation freezes all property and property interests owned or controlled by Calle Serna and prevents domestic and foreign individuals, companies, and countries from engaging in any financial transactions with him.

"This indictment is the result of an ongoing international effort to dismantle narcotics trafficking organizations that export cocaine from Central and South America into the United States," said United States Attorney Lynch. "We will continue to be vigilant in our efforts to bring alleged international narcotics traffickers to justice."

DEA Special Agent-in-Charge Gilbride stated, "The scourge of drug trafficking casts a shadow over the rule of law. Law enforcement is committed to identifying and bringing to justice drug traffickers at the highest levels responsible for inundating our communities with illegal drugs."

The government's case is being prosecuted by Assistant United States Attorneys Carolyn Pokorny, Daniel Silver, Justin Lerer, and Claire Kedeshian.

Exhibit G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:08-Cr-152-T-27MAP

LUIS AGUSTIN CAICEDO-VELANDIA
   a/k/a "Don Luis,"
   a/k/a "Don Lucho"

21 U.S.C. §§ 959, 960 and 963
21 U.S.C. § 848
46 U.S.C. §§ 70503(a), 70506(a) and (b)
46 App. U.S.C. §§ 1903(a), (g) and (j)
18 U.S.C. § 2
21 U.S.C. § 853, 881 and 970 (forfeiture)
46 U.S.C. § 70507 (forfeiture)
46 App. U.S.C. § 1904 (forfeiture)
28 U.S.C. §2461(c) (forfeiture

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

### A. INTRODUCTION

At all times relevant to this superseding indictment:

1.   LUIS AGUSTIN CAICEDO-VELANDIA a/k/a "Don Luis," a/k/a "Don Lucho," controlled maritime cocaine transportation ventures of multi-ton quantities of cocaine from the North coast of Colombia, South America to various Central American countries with the ultimate destination of the cocaine being the United States.



EXHIBIT H

## U.S. DEPARTMENT OF THE TREASURY

## Press Center

**Treasury Designates Head of Aviation Drug Smuggling Operation**

2/20/2013

*Action Targets Colombian Drug Trafficking Organization Tied to the FARC*

WASHINGTON – The U.S. Department of the Treasury today announced the designation of Colombian national Jose Evaristo Linares Castillo as a Specially Designated Narcotics Trafficker (SDNT) pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act). Jose Evaristo Linares Castillo leads a Villavicencio, Colombia-based drug trafficking organization that oversees the manufacturing and air smuggling of thousands of kilograms of cocaine from Colombia and Venezuela, through Central America into Mexico, and then, ultimately, into the United States.

Through his partnership with the Fuerzas Armadas Revolucionarias de Colombia (the "FARC"), a U.S.-designated narco-terrorist organization, and previous relationships with major Colombian traffickers Daniel Barrera Barrera and Pedro Oliveiro Guerrero Castillo, Linares Castillo has become one of the largest cocaine sources for drug-laden aircraft departing from Apure, Venezuela to Central America. In Central America, Honduran and Guatemalan criminal organizations handle the logistics of receiving and transporting the drug loads out of Central America and into Mexico for further distribution to Mexican drug trafficking organizations such as Los Zetas and the Sinaloa Cartel. The Kingpin Act generally prohibits U.S. persons from conducting financial or commercial transactions with this individual and freezes any assets the designee may have under U.S. jurisdiction.

"The Linares Castillo organization is a significant source of supply for multiple violent drug cartels that exploit vulnerable Central American countries as key transit points for the shipment of narcotics into Mexico for further distribution into the United States," said the Office of Foreign Assets Control (OFAC) Director Adam J. Szubin. "We continue to aggressively target key transporters and logistic coordinators for one of the most strategic drug routes between Central and South America."

Jose Evaristo Linares Castillo was arrested by Colombian authorities on May 25, 2012, and is currently pending extradition to the United States. He is charged in two separate U.S. district courts for drug trafficking and related offenses. On June 14, 2011, the Southern District of Florida issued a superseding indictment charging Linares Castillo with drug trafficking and multiple money laundering offenses. On July 5, 2012, the Southern District of New York issued a superseding indictment charging Linares Castillo with multiple drug trafficking, narco-terrorism and material support offenses.

Today's action would not have been possible without support from the Drug Enforcement Administration and the United States Attorneys' Offices in New York City and Miami. Since June 2000, the President has identified 97 drug kingpins, and OFAC has designated more than 1,200 businesses and individuals, pursuant to the Kingpin Act. Penalties for violations of the Kingpin Act range from civil penalties of up to $1.075 million per violation to more severe criminal penalties. Criminal penalties for corporate officers may include up to 30 years in prison and fines of up to $5 million. Criminal fines for corporations may reach $10 million. Other individuals face up to 10 years in prison and fines for criminal violation of the Kingpin Act pursuant to Title 18 of the United States Code.

*To view a chart of the Linares Castillo Organization click here .*

###